JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE LEE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WEST COAST LIFE INSURANCE CO.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-ACTIONS | No.   CV 09-6789 PA (VBKx)<br><br>JUDGMENT |

Pursuant to the Court's Minute Order of October 20, 2010 granting West Coast Life Insurance Co.'s ("West Coast") Motion for Partial Summary Judgment and the Court's Minute Order of December 6, 2010 granting West Coast's Motion for Directed Verdict,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that West Coast shall have judgment in its favor against plaintiffs Steve Lee, William Lee and Bobbie Bill Lee (collectively "Plaintiffs") and counterclaimants Robert S. Lee, Gina Stevens, and Laura Stevens (collectively "Counterclaimants");

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs and Counterclaimants take nothing and that West Coast shall have its costs of suit.

IT IS SO ORDERED.

DATED: December 6, 2010

_____
Percy Anderson
United States District Judge