Linda B. Oliver (SBN 166720)  
Email:  loliver@reedsmith.com  
Laura A. Mastrangelo (SBN 267543)  
Email:  lmastrangelo@reedsmith.com  
REED SMITH LLP  
101 Second Street, Suite 1800  
San Francisco, CA  94105-3659  
Telephone:  (415) 543-8700  
Facsimile:   (415) 391-8269  

Attorneys for Defendant,  
Counterdefendant and Counterclaimant  
West Coast Life Insurance  

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| STEVE LEE, BOBBIE BILL LEE & WILLIAM LEE, | No.: CV09-6789 PA (VBKx) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| WEST COAST LIFE INSURANCE COMPANY and Does 1-10, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Upon review of the Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety, each party to bear its/his/her own costs and fees.

DATED: November 30, 2012_____  
_____  

*[signature: Percy Anderson]*

PERCY ANDERSON  
UNITED STATES DISTRICT JUDGE

No.: CV09-6789 — – 1 – — US_ACTIVE-111079520.1-LOLIVER  
[PROPOSED] ORDER OF DISMISSAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: CV09-6789 — 2 —
STIPULATION FOR DISMISSAL;