```
 1  Linda B. Oliver (SBN 166720)                         JS-6
    Email: loliver@reedsmith.com
 2  Laura A. Mastrangelo (SBN 267543)
    Email: lmastrangelo@reedsmith.com
 3  REED SMITH LLP
    101 Second Street, Suite 1800
 4  San Francisco, CA 94105-3659
    Telephone: (415) 543-8700
 5  Facsimile: (415) 391-8269

 6  Attorneys for Defendant,
    Counterdefendant and Counterclaimant
 7  West Coast Life Insurance
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEVE LEE, BOBBIE BILL LEE & WILLIAM LEE, | No.: CV09-6789 PA (VBKx) |
|---|---|
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| WEST COAST LIFE INSURANCE COMPANY and Does 1-10, inclusive, | |
| Defendants. | |
| AND RELATED CROSS-ACTIONS. | |

Upon review of the Stipulation, and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice in its entirety, each party to bear its/his/her own costs and fees.

DATED: November 30, 2012_____

_____

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

No.: CV09-6789 — 2 —
STIPULATION FOR DISMISSAL;